**Order entered January 27, 2023**



**In The**
## Court of Appeals
## Fifth District of Texas at Dallas

### No. 05-22-00555-CR

### WESLEY GERARD JONES, Appellant

### V.

### THE STATE OF TEXAS, Appellee

**On Appeal from the Criminal District Court No. 7**
**Dallas County, Texas**
**Trial Court Cause No. F-1942507-Y**

### ORDER

Appellant's second motion for extension of time to file appellant's brief is **GRANTED**, and we **ORDER** appellant's brief filed on before **FEBRUARY 8, 2023**.

/s/    DENNISE GARCIA
        JUSTICE